IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FRANK, and SHASHA M. WHITE.<br><br>Defendants. | CIVIL NO:   4:22-cv-00332 |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Michael Frank and Shasha M. White. For its complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction is conferred upon this district court pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and 1396 because the taxpayers reside in this district.

3. Plaintiff is the United States of America.

4. Defendant Michael Frank, resides in Sugarland Texas, located in Fort Bend County, Texas, within the jurisdiction of this Court.

5. Defendant Shasha M. White resides in in Sugarland Texas, located in Fort Bend County, Texas, within the jurisdiction of this Court.

6. Michael Frank is married to Shasha M. White, and they are the taxpayers.

**JUDGMENT AGAINST MICHAEL FRANK AND SHASHA M. WHITE FOR TAX LIABILITIES**

7. On the following dates, a delegate of the Secretary of the Treasury made joint assessments against the Michael Frank and Shasha M. White for federal income taxes and penalties for the following tax periods and in the following amounts (collectively, "the income tax liabilities"), which have balances due with accruals and costs as of January 22, 2022, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 01/22/2022 |
|---|---|---|---|---|
| 12/31/2005 | 02/13/2012 | Tax | $26,791.00 | $60,880.45 |
| | 03/12/2012 | Late Payment Penalty | $1,792.61 | |
| | 03/18/2013 | Late Payment Penalty | $3,214.92 | |
| | 03/10/2014 | Late Payment Penalty | $3,214.92 | |
| 12/31/2008 | 04/08/2013 | Tax | $3,459.00 | $3,086.94 |
| | 04/08/2013 | Late Filing Penalty | $135.00 | |
| | 04/22/2013 | Late Filing Penalty | $195.49 | |
| | 03/10/2014 | Late Payment Penalty | $138.80 | |
| | 03/16/2015 | Late Payment Penalty | $158.64 | |
| | 03/14/2016 | Late Payment Penalty | $33.03 | |
| 12/31/2009 | 04/08/2013 | Tax | $4,727.00 | $4,673.47 |
| | 04/08/2013 | Late Filing Penalty | $517.75 | |
| | 03/10/2014 | Late Payment Penalty | $217.45 | |
| | 03/16/2015 | Late Payment Penalty | $248.52 | |
| | 03/14/2016 | Late Payment Penalty | $51.77 | |
| 12/31/2010 | 03/11/2013 | Tax | $4,075.00 | $4,974.76 |
| | 03/11/2013 | Late Filing Penalty | $568.75 | |
| | 03/10/2014 | Late Payment Penalty | $261.62 | |
| | 03/16/2015 | Late Payment Penalty | $273.00 | |
| | 03/14/2016 | Late Payment Penalty | $34.12 | |
| 12/31/2011 | 03/11/2013 | Tax | $3,449.00 | $4,857.84 |
| | 03/11/2013 | Late Filing Penalty | $367.35 | |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 01/22/2022 |
|---|---|---|---|---|
|  | 03/10/2014 | Late Payment Penalty | $281.63 |  |
|  | 03/16/2015 | Late Payment Penalty | $293.88 |  |
|  | 03/14/2016 | Late Payment Penalty | $36.73 |  |
| 12/31/2012 | 04/02/2018 | Tax | $1,977.00 | $1,963.22 |
|  | 04/02/2018 | Late Filing Penalty | $244.25 |  |
|  | 03/11/2019 | Late Payment Penalty | $102.58 |  |
|  | 03/09/2020 | Late Payment Penalty | $117.24 |  |
| 12/31/2013 | 04/02/2018 | Tax | $5,925.00 | $11,554.13 |
|  | 04/02/2018 | Late Filing Penalty | $1,333.12 |  |
|  | 04/02/2018 | Late Payment Penalty | $1,259.52 |  |
|  | 03/11/2019 | Late Payment Penalty | $123.56 |  |
|  | 03/09/2020 | Late Payment Penalty | $81.24 |  |
| 12/31/2014 | 12/11/2017 | Tax | $13,127.00 | $24,961.93 |
|  | 12/11/2017 | Late Filing Penalty | $2,953.57 |  |
|  | 12/11/2017 | Late Payment Penalty | $2,100.32 |  |
|  | 03/11/2019 | Late Payment Penalty | $1,181.42 |  |
| 12/31/2015 | 12/11/2017 | Tax | $17,630.00 | $32,158.20 |
|  | 12/11/2017 | Estimated Tax Penalty | $162.87 |  |
|  | 12/11/2017 | Late Filing Penalty | $3,966.75 |  |
|  | 12/11/2017 | Late Payment Penalty | $1,234.10 |  |
|  | 03/11/2019 | Late Payment Penalty | $2,380.05 |  |
|  | 03/09/2020 | Late Payment Penalty | $793.35 |  |
| 12/31/2016 | 06/17/2019 | Tax | $22,529.00 | $40,070.49 |
|  | 06/17/2019 | Estimated Tax Penalty | $304.00 |  |
|  | 06/17/2019 | Late Filing Penalty | $5,069.02 |  |
|  | 06/17/2019 | Late Payment Penalty | $3,041.41 |  |
|  | 03/09/2020 | Late Payment Penalty | $1,689.68 |  |
| 12/31/2017 | 06/17/2019 | Tax | $50,876.00 | $86,672.51 |
|  | 06/17/2019 | Estimated Tax Penalty | $305.53 |  |
|  | 06/17/2019 | Late Filing Penalty | $11,447.10 |  |
|  | 06/17/2019 | Late Payment Penalty | $3,815.70 |  |
|  | 03/09/2020 | Late Payment Penalty | $3,815.70 |  |
| 12/31/2018 | 06/28/2021 | Tax | $5,022.00 | $8,053.72 |
|  | 06/28/2021 | Estimated Tax Penalty | $162.83 |  |
|  | 06/28/2021 | Late Filing Penalty | $1,129.95 |  |
|  | 06/28/2021 | Late Payment Penalty | $677.97 |  |
| 12/31/2019 | 10/18/2021 | Tax | $31,025.00 | $43,294.50 |
|  | 10/18/2021 | Estimated Tax Penalty | $170.63 |  |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 01/22/2022 |
|---|---|---|---|---|
| | 10/18/2021 | Late Filing Penalty | $6,980.62 | |
| | 10/18/2021 | Late Payment Penalty | $2,482.00 | |
| Total | | | | $327,124.50 |

8.  The tax assessed against Michael Frank and Shasha M. White for tax years 2008; 2009; 2010; 2011; 2012; 2013; 2014; 2015; 2016; 2017; 2018; and 2019 is based on the taxpayers' self-reported tax returns.

9.  A delegate of the Secretary of the Treasury gave notice and demand for payment of the income tax liabilities described above to Michael Frank and Shasha M. White. After the application of statutory interest, penalties, fees, other additions, abatements, payments, and credits, the income tax liabilities described above had a $327,124.50 unpaid balance due of as of January 22, 2022.

10. Despite notice and demand for payment, Michael Frank and Shasha M. White have failed, neglected, or refused to fully pay the above-described income tax liabilities. Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Michael Frank and Shasha M. White are jointly and severally liable to the United States for the income tax liabilities in the amount of $327,124.50 as of January 22, 2022, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

**PRAYER**

WHEREFORE, the United States of America prays for a judgment determining:

A. Michael Frank and Shasha M. White are jointly and severally liable to the United States for the income tax liabilities arising out of tax periods 2005; 2008; 2009; 2010; 2011; 2012; 2013; 2014; 2015; 2016; 2017; 2018; and 2019 in the amount of $327,124.50 as of January 22, 2022, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid; and

B. Awards the United States such other and further relief as this Court deems just and proper, including its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Moha P. Yepuri
MOHA P. YEPURI
Texas So. Bar No. 636323
Texas State Bar No. 24046651
(214) 880-9767
(214) 880-9741 (Fax)
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Moha.P.Yepuri@usdoj.gov